PHELPS, F.

v.

DOPIRO, S.

1567 EDA 2016

Superior Court of Pennsylvania.

05/08/2017

140802884 (Philadelphia)

Quashed

DEUTSCHE BANK

v.

POLLARD, E.

1893 EDA 2016

Superior Court of Pennsylvania.

05/08/2017

2009–001695 (Delaware)

Quashed

GLOMAR HOLDING, L.P.

v.

EASTERN METAL RECYCLING

1939 EDA 2016

Superior Court of Pennsylvania.

05/08/2017

15–10942 (Delaware)

Affirmed

COM.

v.

DIXON, S.

2094 EDA 2016

Superior Court of Pennsylvania.

05/08/2017

CP–51–CR–0001047–2007 (Philadelphia)

Affirmed

COM.

v.

BEECHAM, S.

2159 EDA 2016

Superior Court of Pennsylvania.

05/08/2017

CP–51–CR–0206175–1999,    CP–51–CR–0206182–1999 (Philadelphia)

Affirmed

COM.

v.

COX, N.

2245 EDA 2016

Superior Court of Pennsylvania.

05/08/2017

CP–51–CR–0011616–2015 (Philadelphia)

Affirmed